NO. 07-07-0137-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 25, 2007

______________________________

CAPITOL INDEMNITY CORPORATION, APPELLANT

V.

RONZANI INC., D/B/A RONPARCO, APPELLEE

_________________________________

FROM THE 96
TH
 DISTRICT COURT OF TARRANT COUNTY;

NO. 96-214309-05; HONORABLE JEFF WALKER, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

ON MOTION TO DISMISS

Capital Indemnity Corporation, appellant, has filed a motion to dismiss this appeal because it has reached a resolution of the present controversy with Ronzani, Inc, appellees.  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  
Tex. R. App. P.
 42.1(a)(1).   Because the parties have agreed that each shall be responsible for their own appellate costs, costs of this appeal shall be borne by the party that incurred them.  
See
 
Tex. R. App. P
. 42.1(d), 6.6.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock

          Justice